**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**JUSTIN W. SMERBER, ESQ.**
Nevada Bar No. 10761
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
j.smerber@moranlawfirm.com
Attorneys for Defendant,
NEW ALBERTSONS, INC.,
a Delaware corporation

**COLIN S. BRINGHURST, ESQ.**
Nevada Bar No. 9520
The Law Offices of Colin S. Bringhurst, PLLC
10120 S. Eastern Avenue, Suite 200
Henderson, Nevada 89052
(702) 492-1212
(702) 492-1218 – *facsimile*
colin@bringhurstlaw.com
Attorney for Plaintiff,
SHIRLEY S. JOHNSON

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHIRLEY S. JOHNSON,

    Plaintiff,

v.

NEW ALBERTSONS, INC.; and
DOES I-X; and roe corporations I-XX,
inclusive;

    Defendants.

CASE NO.: 2:12-cv-00980-APG-GWF

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

1

1 | IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 5th day of December, 2013.

| THE LAW OFFICES OF COLIN S. BRINGHURST, PLLC | MORAN LAW FIRM, LLC |
|---|---|
| *(signature)* | *(signature)* |
| COLIN S. BRINGHURST, ESQ. | LEW BRANDON, JR., ESQ. |
| Nevada Bar No. 9520 | Nevada Bar No. 5880 |
| 10120 S. Eastern Avenue, Suite 200 | 630 S. Fourth Street |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff, SHIRLEY S. JOHNSON | Attorney for Defendant, NEW ALBERTSONS, INC. |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

**DATED** this 23rd day of December, 2013.

*(signature)*

UNITED STATES DISTRICT JUDGE

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

*(signature)*

LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
NEW ALBERTSONS, INC.